IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, CHARLESTON, SC
2022 JAN 31 AM 9:02

Plaintiff,

Fields David, Jr.

                                                                                                   Complaint for a Civil Case.

-against-                                                                                      Case No.9:22-cv-268-DCN

Defendants,                                                          **Motion to Transfer 1983 claim**

Sheriff, Tanner P.J., etc. all.

## Statement of Jurisdiction

AA. This action is brought pursuant to 42 U.S.C. 1983, the Fourth, Fifth, and Fourteenth Amendments to the United States Constitution, and 18 U.S.C. 1962. The Court has jurisdiction over Fields' Federal Claims pursuant to 28 U.S.C. 1331 and 1343(a), and 18 U.S.C. 1964. The Court has supplementary jurisdiction over Fields' state law claim pursuant to 28 U.S.C. 1367.

AB. Venue in the United States District Court for the District of South Carolina, Beaufort Division is proper pursuant to 28 U.S.C. 1391.

## Reason for Transfer

AC. This lawsuit arises out of a violation of Fields' supervised release.

    AC1. The July 18, 2019, arrest of Fields triggered Fields' Revocation Hearing. It was during Fields' Preliminary Hearing and Detention Hearing for Fields' Revocation Hearing that Fields' 1983 perjured claims come from.

    AC2. Fields' current supervised release and revocation hearing are currently under docket number: 9:95 -CR-00194-MBS-6.

    AC3. Fields' current Judge for these charges is **Honorable Margaret B. Seymour.**

1

AC4. Fields' 1983 claim was recently assigned to **Honorable David C. Norton.**

AC5. Fields would respectfully request this Court to transfer this 1983 claim to the Honorable Margaret B. Seymour.

AC6. District Court Seymour is currently waiting on the resolution of Fields' Supervise Release and Revocation Hearing docket number: 9:95 -CR-00194-MBS-6.

AC7. The February 3, 2020, Hearing, where the 1983 claim arises was to be appealed to District Court Seymour, but on February 20, 2020, Magistrate Mary G. Baker and Assistant United States Attorney Janet C. Henderson either found or admitted to the perjury that form the bases of Fields' 1983 claim.

AC8. Fields request transfer to stop a substantial duplication of labor if this Court hears Fields' 1983 claim, District Court Seymour will have to re-rule since the same actors and facts arises from Fields' February 3, 2020, Hearing which is the bases of Fields' Revocation Hearing.

AC9. Fields demands jury trial on all six claims presented in his 1983 claim.

AC10. Since, all the actors and facts arise from District Court Seymour Courtroom,

AC11. Fields prayers this Court transfer this case.

Respectfully Submitted,

/s
David Fields, Jr. -Pro-Se